JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDMOND NIKNAMMOGHADAM and APRIL NICHOLSON,<br><br>Plaintiffs,<br><br>vs.<br><br>HANDY TECHNOLOGIES, INC., and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02665-JFW-JEMx<br><br>Hon. John F. Walter<br>Courtroom 7A<br><br>**ORDER APPROVING STIPULATION AND REMANDING CASE TO STATE COURT** |

### ORDER

The Court, having considered the Joint Stipulation to Remand Case to California Superior Court, and good cause appearing,

HEREBY ORDERS THAT:

1. The above-entitled action is remanded to Superior Court of the State of California for the County of Los Angeles, Chatsworth Branch, Case No. 21CHCV00444, without prejudice to Defendant's right to seek removal at a later time to the extent provided by law; and

2. The Scheduling Conference currently set for June 6, 2022 is hereby vacated.

IT IS SO ORDERED.

Dated: May 16, 2022

_____
Hon. John F. Walter
United States District Court Judge